Opinion by Ford, J. In accordance with stipulation of counsel that the information now before the collector establishes that the merchandise in question is entitled to free entry, pursuant to section 10.104(c), Customs Regulations, 1954, which section was promulgated with the above-named act, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JANUARY 29, 1962

No. 66414.—Max Eckardt & Sons Ornament Corp. v. United States, protest 60/20810 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that item No. 7021/10, described on the invoice as "Drehengal," is, in fact, plastic Christmas tree ornaments, valued at $7.50 or more per gross, similar in material and use to blown glass Christmas tree ornaments, the claim of the plaintiff was sustained.

No. 66415.—Ace Importing Co., Inc. v. United States, protest 323645-K (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.

No. 66416.—Ace Import Co., Inc. v. United States, protest 61/10941 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.

No. 66417.—Quality Marble & Granite Co. and Arthur J. Fritz & Co., Inc., of L.A., et al. v. United States, protests 60/25212, etc. (Los Angeles).